■ In the Matter of MARIA G.G.U., Appellant, v PEDRO H.P., Respondent. [28 NYS3d 347]—Appeal from an order of the Family Court, Nassau County (Thomas A. Rademaker, J.), dated February 5, 2015. The order denied the mother's motion, in effect, for leave to renew her prior motions for the issuance of an order, inter alia, making specific findings so as to enable the subject children, Marlene G.H., Jose P.H., and Anibal H., to petition the United States Citizenship and Immigration Services for special immigrant juvenile status pursuant to 8 USC § 1101 (a) (27) (J).

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination on the related appeals (*see Matter of Marlene G.H. [Pedro H.P.]*, 138 AD3d 843 [2016], *and Matter of Anibal H. [Maria G.G.H.]*, 138 AD3d 841 [2016] [decided herewith]). Dillon, J.P., Leventhal, Chambers and Barros, JJ., concur.